UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case No:  02-60117-CIV-ALTONAGA/Bandstra

MARINELL RICHARDSON,

     Plaintiff,

vs.

JAMES TRAINER and TRICOM PICTURES &
PRODUCTIONS, INC., a Florida corporation,

     Defendants.

_____/



## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PERMISSION TO FILE A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES AND A LOCAL RULE 7.5 STATEMENT IN EXCESS OF TEN PAGES

**THIS CAUSE** came before the Court upon Plaintiff, Marinell Richardson's Motion for Reconsideration of this Court's Order Granting in Part Plaintiff's Motion for Permission to File a Memorandum of Law in Excess of Twenty Pages and a Local 7.5 Statement in Excess of Ten Pages **(D.E. 210)**. Being fully advised, t is hereby

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Plaintiff's Memorandum of Law in Opposition to Tricom's Substantive Motion for Summary Judgment **(D.E. 200)**, and Plaintiff's Local Rule 7.5 Statement **(D.E. 201)**, both filed on September 8, 2003, are accepted as filed.

**CASE NO. 02-60117-CIV-ALTONAGA/BANDSTRA**

**DONE AND ORDERED** in Chambers at Miami, Florida, this $\frac{11}{}$ day of September, 2003.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Ted E. Bandstra
All Counsel of Record

2